Order issued September 8, 2016



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00410-CV

## IN THE INTEREST OF Y.D., ET AL, CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-01249**

## ORDER

Before Justices Lang-Miers, Evans, and Brown

Based on the Court's opinion of this date, we **DENY** the July 17, 2016 motion of Frank Adler for leave to withdraw as Katharick Mamie Esparza's appointed counsel on appeal. We **DIRECT** the Clerk of the Court to send a copy of this order to Katharick Mamie Esparza, 1625 Magnolia Avenue, Shreveport, Louisiana, 77101.


      /David W. Evans/____
      DAVID EVANS
      JUSTICE